NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1268

### OLE K. NILSSEN and GEO FOUNDATION, LTD.,

Plaintiffs-Appellees,

v.

### UNIVERSAL LIGHTING TECHNOLOGIES, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Middle District of Tennessee in case no. 3:04-CV-0080, Senior Judge Thomas A. Wiseman, Jr.

ON MOTION

ORDER

Upon consideration of the appellees' motion to withdraw Paul M. Smith and David R. Bennett as counsel, to designate Jonathan Hill, now of Freeborn & Peters LLP, and Matthew J. Kramer as counsel, and to substitute Leland W. Hutchinson as principal counsel,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 11 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Paul M. Smith, Esq.
Mark J. Patterson, Esq.
Leland W. Hutchinson, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 11 2009

JAN HORBALY
CLERK